

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 03 C 1548 | **DATE** | 5/14/2004 |
| **CASE TITLE** | Michael Dewick, Sr. vs. Maytag Corp., et al | | |

[In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**MOTION:**

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
☐ FRCP4(m) ☐ Local Rule 41.1 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] Enter Memorandum Order. Defendant's motion in limine no. 9 is grated at this time, without this Court requiring a response from plaintiff's counsel. Plaintiffs' counsel should file a single memorandum that addresses all of Maytag's remaining motions in limine, rather than having to generate a separate memorandum for each of Maytag's motions (and or course leave is granted to exceed the 15 page limit in that combined memorandum). Maytag's reply should also be presented in a single memorandum, with leave being granted to exceed the 15 page limit.

(11) ■ [For further detail see order attached to the original minute order.]

| | | | | | |
|---|---|---|---|---|---|
| | No notices required, advised in open court. | | | | **Document Number** |
| | No notices required. | | number of notices | | |
| ✓ | Notices mailed by judge's staff. | | MAY 17 2004 | | |
| | Notified counsel by telephone. | | date docketed | | 70 |
| | Docketing to mail notices. | | | | |
| | Mail AO 450 form. | | docketing deputy initials | | |
| | Copy to judge/magistrate judge. | | 5/14/2004 | | |
| | | | date mailed notice | | |
| SN | courtroom deputy's initials | | SN | | |
| | | | mailing deputy initials | | |

Minute Order Form (06/97)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MICHAEL A. DEWICK, SR., et al., )
etc., )
)
Plaintiffs, )
)
v. ) No. 03 C 1548
)
MAYTAG CORPORATION, et al., )
)
Defendants. )

**DOCKETED**
**MAY 17 2004**

## MEMORANDUM ORDER

In compliance with the schedule established by this Court's
April 21, 2004 minute order, in which it also set the dates for
the litigants' joint submission of a Final Pretrial Order and for
an ensuing pretrial conference, counsel for defendant Maytag
Corporation ("Maytag") has timely filed a dozen motions in
limine.  Its Motion No. 9, which seeks to bar all non-party
witnesses from attendance during the trial until they are called
to testify, is entirely noncontroversial and also conforms to
this Court's regular trial practice.  Accordingly that motion is
granted at this time, without this Court requiring a response
from plaintiffs' counsel.

Because this sua sponte memorandum order is being entered so
early in the briefing process, it also addresses a procedural
matter for the guidance of the litigants.  Plaintiffs' counsel
should file a single memorandum that addresses all of Maytag's
remaining motions in limine, rather than having to generate a
separate memorandum for each of Maytag's motions (and of course

leave is granted to exceed the 15-page limit in that combined memorandum). By the same token, Maytag's reply should also be presented in a single memorandum, with leave being granted also to exceed the 15-page limit if that is found necessary.

_Milton I. Shadur_
Milton I. Shadur
Senior United States District Judge

Date:  May 13, 2004